## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Top Tier Site Development, Corp.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-3010850** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **210 Kenneth Welch Drive** **Lakeville, MA 02347** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Plymouth** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☑ No

☐ Yes.

| | Debtor _____ | | Relationship _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in this district?**   *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**   .   *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49  
☐ 50-99  
■ 100-199  
☐ 200-999  

☐ 1,000-5,000  
☐ 5001-10,000  
☐ 10,001-25,000  

☐ 25,001-50,000  
☐ 50,001-100,000  
☐ More than100,000  

**15. Estimated Assets**

☐ $0 - $50,000  
☐ $50,001 - $100,000  
☐ $100,001 - $500,000  
☐ $500,001 - $1 million  

■ $1,000,001 - $10 million  
☐ $10,000,001 - $50 million  
☐ $50,000,001 - $100 million  
☐ $100,000,001 - $500 million  

☐ $500,000,001 - $1 billion  
☐ $1,000,000,001 - $10 billion  
☐ $10,000,000,001 - $50 billion  
☐ More than $50 billion  

**16. Estimated liabilities**

☐ $0 - $50,000  
☐ $50,001 - $100,000  
☐ $100,001 - $500,000  
☐ $500,001 - $1 million  

■ $1,000,001 - $10 million  
☐ $10,000,001 - $50 million  
☐ $50,000,001 - $100 million  
☐ $100,000,001 - $500 million  

☐ $500,000,001 - $1 billion  
☐ $1,000,000,001 - $10 billion  
☐ $10,000,000,001 - $50 billion  
☐ More than $50 billion

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November  2, 2017**
_____
MM / DD / YYYY

**X** **/s/ Robert Santoro**
_____
Signature of authorized representative of debtor

**Robert Santoro**
_____
Printed name

Title   **President**
_____

**18. Signature of attorney**

**X** **/s/ James P. Ehrhard, Esq.**
_____
Signature of attorney for debtor

Date   **November  2, 2017**
_____
MM / DD / YYYY

**James P. Ehrhard, Esq.**
_____
Printed name

**Ehrhard & Associates, P.C.**
_____
Firm name

**250 Commercial Street**
**Suite 410**
**Worcester, MA 01608**
_____
Number, Street, City, State & ZIP Code

Contact phone   **508-791-8411**        Email address   **ehrhard@ehrhardlaw.com**

**651797**
_____
Bar number and State

# OFFICIAL FORM 7

## United States Bankruptcy Court
### District of Massachusetts

In re __Top Tier Site Development, Corp._____    Case No. _____

                                   Debtor(s)          Chapter    __11__ _____

## DECLARATION RE: ELECTRONIC FILING

### PART I- DECLARATION OF PETITIONER

       I [We] _____Robert Santoro_____, ***hereby declare(s) under penalty of perjury*** that all of the information contained in my __Petition, Schedules and Statements__ (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this *DECLARATION* is to be filed with the Clerk of Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

       I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: **October 16, 2017**

                                 Signed: _____

                                         **Robert Santoro**

                                         (Affiant)

### PART II - DECLARATION OF ATTORNEY (IF AFFIANT IS REPRESENTED BY COUNSEL)

       I certify that the affiant(s) signed this form before I submitted the Document, I gave the affiant(s) a copy of the Document and this *DECLARATION*, and I have followed all other electronic filing requirements currently established by local rule and standing order. This *DECLARATION* is based on all information of which I have knowledge and my signature below constitutes my certification of the foregoing under Fed. R. Bankr. P. 9011. I have reviewed and will comply with the provisions of MEFR 7.

Dated: **October 16, 2017**

                              Signed: _____

                                         **James P. Ehrhard, Esq.**

                                         Attorney for Affiant

**Fill in this information to identify the case:**

Debtor name    **Top Tier Site Development, Corp.**

United States Bankruptcy Court for the:    DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 2, 2017**     X **/s/ Robert Santoro**
                                        Signature of individual signing on behalf of debtor

                                        **Robert Santoro**
                                        Printed name

                                         **President**
                                         Position or relationship to debtor

| | |
|---|---|
| Debtor name | **Top Tier Site Development, Corp.** |
| United States Bankruptcy Court for the: | **DISTRICT OF MASSACHUSETTS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express PO Box 1270 Newark, NJ 07101 | | Credit card purchases | | | | $45,090.00 |
| Bay State Cooling Inc. PO Nox 625 Bridgewater, MA 02324 | | Past Due Bill | | | | $111,550.00 |
| BFS Capital 3301 N. University Drive Suite 300 Coral Springs, FL 33065 | | | | $379,076.00 | $0.00 | $379,076.00 |
| Bond Street PO Box 206536 Dallas, TX 75320-6536 | | Inventory and equipment | | $127,448.13 | $0.00 | $127,448.13 |
| C.M. Dunfee & Sons 16 Shady Lane Wareham, MA 02571 | | Credit card purchases | | | | $56,525.00 |
| Charles Perfetuo Company PO Box 709 Norwell, MA 02061 | | Past Due Bill | | | | $35,300.00 |
| Duro Fiber Company 11 Park Avenue Hudson, NH 03051 | | Past Due Bill | | | | $54,995.00 |
| Independence Bank 1370 South County Trail East Greenwich, RI 02818 | | Inventory and equipment | | $112,375.54 | $0.00 | $112,375.54 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Infinite Solutions/Charles Wing 3 Pine Needle Lane Georgetown, MA 01833 | | Inventory and equipment | | $375,000.00 | $0.00 | $375,000.00 |
| JM Caruso Electrical Contractors LLC 24 Denby Road #11 Allston, MA 02132 | | Past Due Bill | | | | $84,555.00 |
| Michael Golden Plumbing & Heating 1 Maritime Drive Wareham, MA 02571 | | Past Due Bill | | | | $83,131.00 |
| New England Electrical Contracting Corp. 21 Marion Drive Kingston, MA 02364 | | Past Due Bill | | | | $93,200.00 |
| Perfect 10 PO Box 841444 Dallas, TX 75284-1444 | | Past Due Bill | | | | $37,035.00 |
| Santini Bros. Iron Works, Inc. 28 Sycamore Avenue Medford, MA 02155 | | Past Due Bill | | | | $63,066.00 |
| Scotia Cranes Corp PO Box 514 Marshfield, MA 02050 | | Past Due Bill | | | | $63,493.00 |
| Simeone Floors 12 New Salem Street Wakefield, MA 01880 | | Past Due Bill | | | | $89,100.00 |
| Stealth Concealment Solutions, Inc. 3034-A Ashley Phosphate Road North Charleston, SC 29418 | | Past Due Bill | | | | $142,948.00 |
| Thomas Tripp 7 Surrey Drive Carver, MA 02330 | | | Disputed | $1,800,000.00 | $0.00 | $1,800,000.00 |
| Venger Group USA Inc. 21 3910 84th Avenue Leduc, AB Canada T9E8M6 | | Past Due Bill | | | | $53,803.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Top Tier Site Development, Corp. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Viking Sheet Metal 28 Foundry Street South Easton, MA 02375** | | **Past Due Bill** | | | | **$38,023.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Top Tier Site Development, Corp.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
      Copy line 88 from *Schedule A/B*.....................................................................................   $     **0.00**

   1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*...............................................................................   $     **1,968,649.00**

   1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*..................................................................................   $     **1,968,649.00**

### Part 2:   Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $     **3,682,917.82**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................   $     **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   +$     **1,734,094.00**

4.   **Total liabilities** ..................................................................................................................
   Lines 2 + 3a + 3b       $     **5,417,011.82**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Debtor name **Top Tier Site Development, Corp.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Santander Bank** | **Checking** | **8986** | **$130,969.00** |
| 3.2. | **Rockland Trust** | **Checking** | **4997** | **$580.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$131,549.00** |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 11a. 90 days old or less: | 786,000.00 | - | 0.00 | = .... | $786,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | $786,000.00 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

---

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Office Furniture** | $0.00 | | $10,000.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **IT Equipment** | $0.00 | | $5,000.00 |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** | | $15,000.00 |
|---|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | | |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2014 GMC Sierra 3500** | $15,000.00 | | $21,000.00 |
| 47.2. **2014 GMC 2500** | $15,000.00 | | $21,000.00 |
| 47.3. **2015 GMC Sierra 3500 Dump Truck** | $35,000.00 | | $41,000.00 |
| 47.4. **2015 GMC Canyon** | $23,500.00 | | $23,500.00 |
| 47.5. **2015 GMC Sierra 3500** | $28,000.00 | | $41,000.00 |
| 47.6. **2015 GMC Sierra 3500** | $28,000.00 | | $41,000.00 |
| 47.7. **2015 GMC Sierra 3500** | $28,000.00 | | $41,000.00 |
| 47.8. **2015 GMC Sierra** | $50,000.00 | | $50,000.00 |
| 47.9. **2015 GMC Sierra** | $20,000.00 | | $34,000.00 |
| 47.10. **2015 GMC Savana** | $15,000.00 | | $26,000.00 |
| 47.11. **2015 GMC Sierra** | $25,000.00 | | $37,000.00 |
| 47.12. **2015 GMC Sierra** | $25,000.00 | | $36,000.00 |
| 47.13. **2006 Intl Series** | $18,000.00 | | $23,000.00 |
| 47.14. **2015 GMC Sierra** | $20,000.00 | | $26,000.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 47.15. | **2016 GMC Sierra** | $30,000.00 | $42,000.00 |
| 47.16. | **2016 GMC Sierra** | $30,000.00 | $47,000.00 |
| 47.17. | **2016 GMC Yukon** | $59,000.00 | $64,000.00 |
| 47.18. | **Freightliner Bucket Truck** | $40,000.00 | $33,000.00 |
| 47.19. | **2017 Kenworth Model T880 Tri-Axle Dump Truck** | $180,000.00 | $140,000.00 |
| 47.20. | **2001 Sterling Crane Truck** | $37,500.00 | $0.00 |
| 47.21. | **12' Sure-Trac Enclosed Trailer** | $3,000.00 | $0.00 |
| 47.22. | **9' Haulmark Enclosed Trailer** | $1,000.00 | $0.00 |
| 47.23. | **16 Sure-Trac Enclosed Trailer** | $3,500.00 | $0.00 |
| 47.24. | **Dump Trailer** | $2,500.00 | $0.00 |
| 47.25. | **Kaufman Tag Axle 22 Ton** | $8,000.00 | $0.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | |
|---|---|---|
| Inventory and equipment | $0.00 | $0.00 |
| Inventory and equipment | $0.00 | $0.00 |
| Inventory and equipment | $0.00 | $0.00 |
| Skid Steer | $40,000.00 | $32,000.00 |
| Landscape Equipment | $0.00 | $15,000.00 |

| | | | |
|---|---|---|---|
| **4 JLG 1930 ES** | **$8,000.00** | | **$0.00** |
| **450lb Plate Compactor** | **$3,500.00** | | **$0.00** |
| **Roof Safety Railing System** | **$7,500.00** | | **$0.00** |
| **2 - Toyota Forklift Model 8FG025** | **$16,000.00** | | **$5,600.00** |
| **Electric Wire Tugger** | **$8,000.00** | | **$0.00** |
| **Hand Tools** | **$20,000.00** | | **$0.00** |
| **Rigging Gear** | **$10,000.00** | | **$0.00** |
| **Test Equipment** | **$77,500.00** | | **$0.00** |

51. **Total of Part 8.**

    Add lines 47 through 50.  Copy the total to line 87.

    **$840,100.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☒ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☒ No
    ☐ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No.  Go to Part 10.
    ☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **210 Kenneth Welch, LLC, 210 Kenneth Welch Drive, Lakeville, MA 02347** | | $0.00 | | Unknown |
| 55.2.   **2372 Old Combec Road, Suite 105-107, Lakeland, Florida 33805** | | $0.00 | | Unknown |

56.  **Total of Part 9.**

|  |
|---|
| **$0.00** |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
  ■ No
  ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

**Part 10:      Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

  ■ No.  Go to Part 11.
  ☐ Yes Fill in the information below.

**Part 11:      All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
  Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ☐ No.  Go to Part 12.
  ■ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71.  **Notes receivable**
  Description (include name of obligor)

| **757 Powder Horn Row, LLC** | **58,000.00** - Total face amount | **0.00** = doubtful or uncollectible amount | **$58,000.00** |
|---|---|---|---|
| **210 Kenneth Welch Drive, LLC** | **138,000.00** - Total face amount | **0.00** = doubtful or uncollectible amount | **$138,000.00** |

72.  **Tax refunds and unused net operating losses (NOLs)**
  Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

  **Possible claim against Shaws Supermarkets**                          **Unknown**
  Nature of claim        _____
  Amount requested        **$0.00**

  **Possible claim again Michael Volgel**                                **Unknown**
  Nature of claim        _____
  Amount requested        **$0.00**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Possible claim again Thomas Tripp**                                                                 **Unknown**

| Nature of claim | |
|---|---|
| Amount requested | **$0.00** |

---

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**

        Add lines 71 through 77. Copy the total to line 90.

| **$196,000.00** |
|---|

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** _Copy line 5, Part 1_ | $131,549.00 | |
| 81. **Deposits and prepayments.** _Copy line 9, Part 2._ | $0.00 | |
| 82. **Accounts receivable.** _Copy line 12, Part 3._ | $786,000.00 | |
| 83. **Investments.** _Copy line 17, Part 4._ | $0.00 | |
| 84. **Inventory.** _Copy line 23, Part 5._ | $0.00 | |
| 85. **Farming and fishing-related assets.** _Copy line 33, Part 6._ | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** _Copy line 43, Part 7._ | $15,000.00 | |
| 87. **Machinery, equipment, and vehicles.** _Copy line 51, Part 8._ | $840,100.00 | |
| 88. **Real property.** _Copy line 56, Part 9_.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** _Copy line 66, Part 10._ | $0.00 | |
| 90. **All other assets.** _Copy line 78, Part 11._ | + $196,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,968,649.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,968,649.00 |

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☒ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

| | | Column A | Column B |
|---|---|---|---|
| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Ally Financial** | Describe debtor's property that is subject to a lien | $22,695.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **2013 GMC 2500** | | |

   **PO Box 380901**
   **Bloomington, MN 55438**

Creditor's mailing address

Describe the lien
**Auto Loan**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**9769**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Ally Financial** | Describe debtor's property that is subject to a lien | $21,559.00 | $21,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2014 GMC Sierra 3500** | | |

   **PO Box 9001948**
   **Louisville, KY 40290-1948**

Creditor's mailing address

Describe the lien
**Auto Loan**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 | **Ally Financial** | Describe debtor's property that is subject to a lien | $21,661.56 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 9001948
Louisville, KY 40290-1950**

Creditor's mailing address

**2014 GMC Savana**

**Describe the lien**

**Auto Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
6364**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ally Financial** | Describe debtor's property that is subject to a lien | $21,901.74 | $21,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 9001948
Louisville, KY 40290-1951**

Creditor's mailing address

**2014 GMC 2500**

**Describe the lien**

**Auto Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
8019**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Ally Financial** | Describe debtor's property that is subject to a lien | $41,465.60 | $41,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 9001948
Louisville, KY 40290-1951**

Creditor's mailing address

**2015 GMC Sierra 3500 Dump Truck**

**Describe the lien**

**Auto Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

---

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5215**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Ally Financial** | Describe debtor's property that is subject to a lien | $23,354.39 | $23,500.00 |
|---|---|---|---|---|

Creditor's Name

**2015 GMC Canyon**

**PO Box 9001948**
**Louisville, KY 40290-1951**

Creditor's mailing address

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**9619**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Ally Financial** | Describe debtor's property that is subject to a lien | $41,472.88 | $41,000.00 |
|---|---|---|---|---|

Creditor's Name

**2015 GMC Sierra 3500**

**PO Box 9001948**
**Louisville, KY 40290-1951**

Creditor's mailing address

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6856**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.8 | **Ally Financial** | Describe debtor's property that is subject to a lien | $41,475.78 | $41,000.00 |
|---|---|---|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com           Best Case Bankruptcy

Creditor's Name

**2015 GMC Sierra 3500**

**PO Box 9001948**
**Louisville, KY 40290-1951**

Creditor's mailing address

**Describe the lien**

**Auto Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3241**

**Do multiple creditors have an**
**interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.9 | **Ally Financial** | **Describe debtor's property that is subject to a lien** | $41,519.76 | $41,000.00 |
|---|---|---|---|---|

Creditor's Name

**2015 GMC Sierra 3500**

**PO Box 9001948**
**Louisville, KY 40290-1951**

Creditor's mailing address

**Describe the lien**

**Auto Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4647**

**Do multiple creditors have an**
**interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.10 | **Ally Financial** | **Describe debtor's property that is subject to a lien** | $50,549.88 | $50,000.00 |
|---|---|---|---|---|

Creditor's Name

**2015 GMC Sierra**

**PO Box 9001948**
**Louisville, KY 40290-1951**

Creditor's mailing address

**Describe the lien**

**Auto Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0122**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

■ No
☐ Yes. Specify each creditor,
including this creditor and its
relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Ally Financial** | **Describe debtor's property that is subject to a lien** | $34,713.31 | $34,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 9001948**
**Louisville, KY 40290-1951**

Creditor's mailing address

**2015 GMC Sierra**

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**6747**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Ally Financial** | **Describe debtor's property that is subject to a lien** | $26,991.65 | $26,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 9001948**
**Louisville, KY 40290-1951**

Creditor's mailing address

**2015 GMC Savana**

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7725**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Ally Financial** | **Describe debtor's property that is subject to a lien** | $37,556.13 | $37,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 9001948**
**Louisville, KY 40290-1951**

Creditor's mailing address

**2015 GMC Sierra**

**Describe the lien**
**Auto Loan**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7886**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 4 | **Ally Financial** | Describe debtor's property that is subject to a lien | $36,000.24 | $36,000.00 |
|-------|--------------------|------------------------------------------------------|------------|------------|

       Creditor's Name                              **2015 GMC Sierra**

**PO Box 9001948**
**Louisville, KY 40290-1951**

Creditor's mailing address

Describe the lien
**Auto Loan**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**6602**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 5 | **Ally Financial** | Describe debtor's property that is subject to a lien | $23,618.00 | $23,000.00 |
|-------|--------------------|------------------------------------------------------|------------|------------|

       Creditor's Name                              **2006 Intl Series**

**PO Box 9001948**
**Louisville, KY 40290-1951**

Creditor's mailing address

Describe the lien
**Auto Loan**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**6373**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

---

| 2.1 6 | **Ally Financial** | Describe debtor's property that is subject to a lien | $26,383.35 | $26,000.00 |

Creditor's Name

**PO Box 9001948**
**Louisville, KY 40290-1951**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number 1809**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2015 GMC Sierra**

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **Ally Financial** | Describe debtor's property that is subject to a lien | $42,595.73 | $42,000.00 |

Creditor's Name

**PO Box 9001948**
**Louisville, KY 40290-1951**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number 8921**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**2016 GMC Sierra**

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **Ally Financial** | Describe debtor's property that is subject to a lien | $47,420.38 | $47,000.00 |

Creditor's Name

**PO Box 9001948**
**Louisville, KY 40290-1951**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**2016 GMC Sierra**

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**9117**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | | | |
|---|---|---|---|

**Ally Financial**
Creditor's Name

**PO Box 9001948**
**Louisville, KY 40290-1951**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4843**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**     $68,537.11     $64,000.00
**2016 GMC Yukon**

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | | | |
|---|---|---|---|

**Ally Financial**
Creditor's Name

**PO Box 9001948**
**Louisville, KY 40290-1951**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**6769**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**     $33,188.37     $33,000.00
**Freightliner Bucket Truck**

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | | | |
|---|---|---|---|

**BFS Capital**

**Describe debtor's property that is subject to a lien**     $379,076.00     $0.00

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Creditor's Name

**3301 N. University  Drive
Suite 300
Coral Springs, FL 33065**

Creditor's mailing address

**Describe the lien**
**Lines of Credit**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **Bond Street** | Describe debtor's property that is subject to a lien | $127,448.13 | $0.00 |

Creditor's Name

**PO Box 206536
Dallas, TX 75320-6536**

Creditor's mailing address

**Inventory and equipment**

**Describe the lien**
**Line of Credit**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | **First Midwest** | Describe debtor's property that is subject to a lien | $130,405.51 | $140,000.00 |

Creditor's Name

**PO Box 857
Bedford Park, IL
60499-0857**

Creditor's mailing address

**2017 Kenworth Model T880 Tri-Axle Dump Truck**

**Describe the lien**
**Auto Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| | |
|---|---|
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.24 | **Independence Bank** | Describe debtor's property that is subject to a lien | $112,375.54 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1370 South County Trail
East Greenwich, RI 02818**

Creditor's mailing address

**Inventory and equipment**

**Describe the lien**
**Line of Credit**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.25 | **Infinite Solutions/Charles Wing** | Describe debtor's property that is subject to a lien | $375,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**3 Pine Needle Lane
Georgetown, MA 01833**

Creditor's mailing address

**Inventory and equipment**

**Describe the lien**
**Line of Credit**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| | |
|---|---|
| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.26 | **Kubota Credit Corp.** | Describe debtor's property that is subject to a lien | $32,389.57 | $32,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 0559
Carol Stream, IL
60132-0559**

Creditor's mailing address

**Skid Steer**

**Describe the lien**

**Auto Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 7 | **Sheffield Financial** | Describe debtor's property that is subject to a lien | $15,902.54 | $15,000.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 580229**
**Charlotte, NC 28258-0229**

Creditor's mailing address

**Landscape Equipment**

**Describe the lien**

**Line of Credit**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.2 8 | **Thomas Tripp** | Describe debtor's property that is subject to a lien | $1,800,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**7 Surrey Drive**
**Carver, MA 02330**

Creditor's mailing address

**Describe the lien**

**Personal Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

<span style="font-size:smaller">Name</span>

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.2 9 | **Toyota Financial Services** | Describe debtor's property that is subject to a lien | $5,660.67 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 5855**
**Carol Stream, IL 60197**

Creditor's mailing address

**Describe the lien**

**Auto Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $3,682,917.82 |

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Part 1:</strong></td><td colspan="2"><strong>List All Creditors with PRIORITY Unsecured Claims</strong></td></tr>
</table>

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Part 2:</strong></td><td colspan="2"><strong>List All Creditors with NONPRIORITY Unsecured Claims</strong></td></tr>
</table>

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,023.00 |
|---|---|---|---|
| | **ABC Disposal**<br>**PO Box 50540**<br>**New Bedford, MA 02745** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Past Due Bill__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,103.00 |
|---|---|---|---|
| | **AH Harris & Sons, Inc.**<br>**PO Box 418827**<br>**Boston, MA 02241-8827** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Past Due Bill__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,347.00 |
|---|---|---|---|
| | **All American Fence Co., Inc.**<br>**100 Marble Street**<br>**Lee, MA 01238** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Past Due Bill__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45,090.00 |
|---|---|---|---|
| | **American Express**<br>**PO Box 1270**<br>**Newark, NJ 07101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Credit card purchases__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,425.00** |
|---|---|---|---|

**B3 Electrical Services**
**36 Magnolia Drive**
**North Attleboro, MA 02760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$111,550.00** |
|---|---|---|---|

**Bay State Cooling Inc.**
**PO Nox 625**
**Bridgewater, MA 02324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,413.00** |
|---|---|---|---|

**Benevento Companies**
**900 Salem Street**
**Wilmington, MA 01887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,455.00** |
|---|---|---|---|

**Blue Line Rental**
**PO Box 840062**
**Dallas, TX 75284-0062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,100.00** |
|---|---|---|---|

**Bowman's Plumbing & Heating**
**13 Nestles Lane**
**Acushnet, MA 02743**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,960.00** |
|---|---|---|---|

**Bridgewater Commerical Park, LLC**
**5529 US 98N**
**Lakeland, FL 33809**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$262.00** |
|---|---|---|---|

**Brodie, Inc.**
**PO Box 1888**
**Lawrence, MA 01842-3888**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,572.00** |
|---|---|---|---|

**C.E.S.**
**PO Box 1006**
**Wilbraham, MA 01095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56,525.00** |
|---|---|---|---|

**C.M. Dunfee & Sons**
**16 Shady Lane**
**Wareham, MA 02571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,567.00** |
|---|---|---|---|

**Capital One Services, LLC**
**PO Box 30285**
**Salt Lake City, UT 84130-0285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,321.00** |
|---|---|---|---|

**Casella Waste Systems, Inc.**
**PO Box 1372**
**Williston, VT 05495-1372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$35,300.00** |
|---|---|---|---|

**Charles Perfetuo Company**
**PO Box 709**
**Norwell, MA 02061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,143.00** |
|---|---|---|---|

**Chase Card Services**
**PO Box 15153**
**Wilmington, DE 19886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Credit card purchases**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$230.00** |
|---|---|---|---|

**City of Lakeland**
**228 S. Massachusetts Avenue**
**Lakeland, FL 33801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$253.00** |
|---|---|---|---|

**City of Providence**
**797 Westminster Street**
**Providence, RI 02903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,871.00** |
|---|---|---|---|

**Comcast Business**
**PO Box 37601**
**Philadelphia, PA 19101-0601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,898.00** |
|---|---|---|---|

**Commerce Insurance**
**11 Gore Road**
**Webster, MA 01570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,898.00** |
|---|---|---|---|

**Cullen Mechanical, Inc.**
**PO Box 760946**
**Melrose, MA 02176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,312.00** |
|---|---|---|---|

**Custom Concepts Construction LLC**
**PO Box 50234**
**New Bedford, MA 02745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$398.00** |
|---|---|---|---|

**Dave's Septic Service**
**PO Box 5193**
**Manchester, NH 03108-5193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$349.00** |
|---|---|---|---|

**Dennise K. Burke Inc.**
**PO Box 3639**
**Boston, MA 02241-3639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No ☐ Yes

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$54,995.00** |
|------|---|---|---|

**Duro Fiber Company**
**11 Park Avenue**
**Hudson, NH 03051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Past Due Bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$786.00** |
|------|---|---|---|

**E.J. Prescott Inc.**
**PO Box 350002**
**Boston, MA 02241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Past Due Bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$11,883.00** |
|------|---|---|---|

**E.L. Morse Lumber**
**2502 Cranberry Highway**
**Wareham, MA 02571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Past Due Bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
|------|---|---|---|

**Eastern Propane & Oil**
**PO Box 1800**
**Rochester, NH 03866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Past Due Bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,197.00** |
|------|---|---|---|

**Electrical Wholesalers Inc.**
**Lock Bocx #8666**
**PO Box 8500**
**Philadelphia, PA 19178-8666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Past Due Bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,790.00** |
|------|---|---|---|

**Electro Rent**
**27315 Network Plan**
**Chicago, IL 60673-1273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Past Due Bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$26,932.00** |
|------|---|---|---|

**Elge Plumbing**
**PO Box 1070**
**Burlington, MA 01803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Past Due Bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,486.00 |
|------|---|---|---|

**EMI Products Inc.**
11230 Neeshaw Drive
Houston, TX 77065

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Past Due Bill

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,236.00 |
|------|---|---|---|

**Exxon Mobil**
PO Box 639
Portland, ME 04104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Credit card purchases

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,227.00 |
|------|---|---|---|

**F.M. Generator Inc.**
PO Box 528
Canton, MA 02021

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Past Due Bill

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,652.00 |
|------|---|---|---|

**Falmouth Ready Mix Inc.**
475 Thomas B. Landers Road
East Falmouth, MA 02536

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Past Due Bill

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $701.00 |
|------|---|---|---|

**Fastenal**
PO Box 1286
Winona, MN 55987-1286

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Past Due Bill

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $27,498.00 |
|------|---|---|---|

**First Insurance Funding Corp.**
PO Box 7000
Carol Stream, IL 60197-7000

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Past Due Bill

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $881.00 |
|------|---|---|---|

**First Insurance Funding E&O**
PO Box 7000
Carol Stream, IL 60197-7001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  Past Due Bill

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Top Tier Site Development, Corp.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$693.00** |
|---|---|---|---|

**Frontier Communications**
**PO Box 740407**
**Cincinnati, OH 45274-0407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Past Due Bill

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,732.00** |
|---|---|---|---|

**GME Supply Co.**
**1801 Westfall Drive**
**Columbia, MO 65202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Past Due Bill

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** |
|---|---|---|---|

**Grainger**
**Dept. 882378243**
**Palatine, IL 60038-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Past Due Bill

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,575.00** |
|---|---|---|---|

**Granite City**
**PO Box 213**
**Brattleboro, VT 05302-0213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Past Due Bill

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,824.00** |
|---|---|---|---|

**Grattan Line Construction Corp.**
**35 Sullivan Road**
**North Billerica, MA 01862**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Past Due Bill

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,080.00** |
|---|---|---|---|

**Harvey Building Products**
**PO Box 3894**
**Boston, MA 02241-3894**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Past Due Bill

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,780.00** |
|---|---|---|---|

**Heidrea Communications, LLC**
**One William Way**
**Bellingham, MA 02019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Past Due Bill

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $218.00 |
|---|---|---|---|

**Hilti Inc.**
**PO Box 11870**
**Newark, NJ 07101-8800**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Past Due Bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,675.00 |
|---|---|---|---|

**Howland Disposal Services, Inc.**
**20 Roberts Road**
**Plymouth, MA 02360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Past Due Bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|---|---|---|---|

**Industrial Communications LLC**
**PO Box 845463**
**Boston, MA 02284-5463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Past Due Bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,991.00 |
|---|---|---|---|

**Interstate Electrical Services Inc.**
**70 Treble Cove Road**
**North Billerica, MA 01862**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Past Due Bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $450.00 |
|---|---|---|---|

**J. Rego Trucking**
**648 South Street**
**Raynham, MA 02767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Past Due Bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,367.00 |
|---|---|---|---|

**Jeffrey T. Angley, P.C.**
**One Washington Mall**
**Boston, MA 02108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Past Due Bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,443.00 |
|---|---|---|---|

**Jetblue**
**PO Box 23066**
**Columbus, GA 31902-3066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit card purchases**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$84,555.00** |
|---|---|---|---|
| | **JM Caruso Electrical Contractors LLC**<br>**24 Denby Road #11**<br>**Allston, MA 02132** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Past Due Bill__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58.00** |
|---|---|---|---|
| | **Joe G. Tedder Tax Collector**<br>**PO Box 2016**<br>**Bartow, FL 33831-2016** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Past Due Bill__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,707.00** |
|---|---|---|---|
| | **Johnson Electric Supply, Inc.**<br>**PO Box 1508**<br>**Sagamore Beach, MA 02562-1508** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Past Due Bill__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$17,962.00** |
|---|---|---|---|
| | **Kamco Supply Corp. of Boston**<br>**PO Box 845276**<br>**Boston, MA 02284-5276** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Past Due Bill__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,723.00** |
|---|---|---|---|
| | **Kelley Buick GMC**<br>**255 West Van Fleet Drive**<br>**Bartow, FL 33830** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Past Due Bill__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,134.00** |
|---|---|---|---|
| | **KenMark Office Systems, Inc.**<br>**PO Box 827**<br>**Mashpee, MA 02649** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Past Due Bill__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,168.00** |
|---|---|---|---|
| | **Kubota Leasing 138797**<br>**PO Box 12438**<br>**Newark, NJ 07101-3538** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: __Past Due Bill__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $186.00 |
|---|---|---|---|

**LEAF**
PO Box 644006
Cincinnati, OH 45264-4006

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Past Due Bill__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,848.00 |
|---|---|---|---|

**Liberty Mutual Insurance**
PO Box 7800
Dover, NH 03821-7800

☐ Contingent
☐ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Basis for the claim: __Past Due Bill__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,785.00 |
|---|---|---|---|

**Lynch & Lynch PC**
45 Bristol Drive
South Easton, MA 02375

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Past Due Bill__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.00 |
|---|---|---|---|

**MAd Signs**
2510 Cranberry Highway
Wareham, MA 02571

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Past Due Bill__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,375.00 |
|---|---|---|---|

**Merrimack Building Supply**
PO Box 865
Merrimack, NH 03054-0865

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Past Due Bill__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $83,131.00 |
|---|---|---|---|

**Michael Golden Plumbing & Heating**
1 Maritime Drive
Wareham, MA 02571

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Past Due Bill__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,041.00 |
|---|---|---|---|

**Mid City Steel**
PO Box 820
Westport, MA 02790-0698

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Past Due Bill__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      

| | |
|---|---|
| 3.68 | |

**Nonpriority creditor's name and mailing address**
Mutual of Omaha
PO Box 36469
Newark, NJ 07188-6469

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No ☐ Yes

**$3,624.00**

---

| | |
|---|---|
| 3.69 | |

**Nonpriority creditor's name and mailing address**
Networkfleet, Inc.
PO Box 975544
Dallas, TX 75397-5540

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No ☐ Yes

**$3,651.00**

---

| | |
|---|---|
| 3.70 | |

**Nonpriority creditor's name and mailing address**
New Bedford Waste Services
PO Box 50934
New Bedford, MA 02745

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No ☐ Yes

**$2,557.00**

---

| | |
|---|---|
| 3.71 | |

**Nonpriority creditor's name and mailing address**
New England Electrical Contracting Corp.
21 Marion Drive
Kingston, MA 02364

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No ☐ Yes

**$93,200.00**

---

| | |
|---|---|
| 3.72 | |

**Nonpriority creditor's name and mailing address**
New England Scaffolding & Services LLC
85 Mill Street
Brockton, MA 02301

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No ☐ Yes

**$11,858.00**

---

| | |
|---|---|
| 3.73 | |

**Nonpriority creditor's name and mailing address**
North Andover Police Department
1475 Osgood Street
North Andover, MA 01845

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No ☐ Yes

**$431.00**

---

| | |
|---|---|
| 3.74 | |

**Nonpriority creditor's name and mailing address**
Patriot Alarm System, Inc.
292 Bailey Street
Canton, MA 02021

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No ☐ Yes

**$130.00**

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,106.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Peck Brothers LLC**
**101 Van Riper Avenue**
**Elmwood Park, NJ 07407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Past Due Bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,035.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Perfect 10**
**PO Box 841444**
**Dallas, TX 75284-1444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Past Due Bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $425.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Piping Systems Inc.**
**PO Box 409**
**Assonet, MA 02702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Past Due Bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $246.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Pitney Bowes**
**PO Box 371847**
**Pittsburgh, PA 15250-7874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Past Due Bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,655.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Primus**
**8101 Solutions Center**
**Chicago, IL 60677-8001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Past Due Bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $473.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Quest Diagnostics**
**PO Box 740709**
**Atlanta, GA 30374-0709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Past Due Bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,101.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**Rexel**
**PO Box 844519**
**Dallas, TX 75284-4519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Past Due Bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $93.00 |

**Roby's Propane Gas, Inc.**
PO Box 129
West Wareham, MA 02576

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $63,066.00 |

**Santini Bros. Iron Works, Inc.**
28 Sycamore Avenue
Medford, MA 02155

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $63,493.00 |

**Scotia Cranes Corp**
PO Box 514
Marshfield, MA 02050

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $139.00 |

**Sherman Williams Co.**
37 Teed Drive
Randolph, MA 02368

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89,100.00 |

**Simeone Floors**
12 New Salem Street
Wakefield, MA 01880

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,450.00 |

**Specialized Roofing Company, Inc.**
27 High Street
North Billerica, MA 01862

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $142,948.00 |

**Stealth Concealment Solutions, Inc.**
3034-A Ashley Phosphate Road
North Charleston, SC 29418

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No ☐ Yes

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,845.00 |
|---|---|---|---|
| | **Sunbelt Rentals, Inc.**<br>**PO Box 409211**<br>**Atlanta, GA 30384-9211** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim:  **Past Due Bill** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,310.00 |
|---|---|---|---|
| | **Synivate**<br>**PO Box 532**<br>**Canton, MA 02021** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim:  **Past Due Bill** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,563.00 |
|---|---|---|---|
| | **Talley**<br>**PO Box 511390**<br>**Los Angeles, CA 90051-7945** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim:  **Past Due Bill** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,508.00 |
|---|---|---|---|
| | **Thielsh Engineering**<br>**PO Box 845327**<br>**Boston, MA 02284-5327** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim:  **Past Due Bill** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $774.00 |
|---|---|---|---|
| | **Town of Dartmouth**<br>**400 Slocum Road**<br>**North Dartmouth, MA 02747** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim:  **Past Due Bill** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $431.00 |
|---|---|---|---|
| | **Town of Holbrook Police Dept.**<br>**300 South Franklin Street**<br>**Holbrook, MA 02343** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim:  **Past Due Bill** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,832.00 |
|---|---|---|---|
| | **Town of Lakeville**<br>**PO Box 844513**<br>**Boston, MA 02284** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred | Basis for the claim:  **Past Due Bill** | |
| | Last 4 digits of account number | Is the claim subject to offset? ■ No ☐ Yes | |

| | | |
|---|---|---|
| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.96**

**Nonpriority creditor's name and mailing address**
**Triumph Modular Inc.**
**194 Ayer Road**
**Littleton, MA 01460**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No ☐ Yes

**$1,409.00**

---

**3.97**

**Nonpriority creditor's name and mailing address**
**Truck Caps Unlimited**
**PO Box 129**
**West Wareham, MA 02576**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No ☐ Yes

**$194.00**

---

**3.98**

**Nonpriority creditor's name and mailing address**
**TTSD Leasing LLC**
**480 Turnpike Street**
**South Easton, MA 02375**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No ☐ Yes

**$7,984.00**

---

**3.99**

**Nonpriority creditor's name and mailing address**
**Turner Steel Co., Inc.**
**PO Box 399**
**West Bridgewater, MA 02380**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No ☐ Yes

**$2,344.00**

---

**3.100**

**Nonpriority creditor's name and mailing address**
**United Site Services**
**PO Box 5502**
**Binghamton, NY 13902-5502**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No ☐ Yes

**$1,364.00**

---

**3.101**

**Nonpriority creditor's name and mailing address**
**US Assure**
**PO Box**
**Atlanta, GA 31193-5597**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No ☐ Yes

**$4,392.00**

---

**3.102**

**Nonpriority creditor's name and mailing address**
**US Roofing**
**PO Box 3118**
**Peabody, MA 01961-3118**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Past Due Bill**

Is the claim subject to offset? ■ No ☐ Yes

**$8,005.00**

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,684.00 |
| --- | --- | --- | --- |

**Valmont**
**7239 Collections Center**
**Chicago, IL 60693**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Past Due Bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,673.00 |
| --- | --- | --- | --- |

**Vee Jay Floor Covering**
**7 Commerce Street**
**Greenville, RI 02828**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Past Due Bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,281.00 |
| --- | --- | --- | --- |

**Vendetti Motors**
**411 West Central Street**
**Franklin, MA 02038**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Past Due Bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $53,803.00 |
| --- | --- | --- | --- |

**Venger Group USA Inc.**
**21 3910 84th Avenue**
**Leduc, AB Canada T9E8M6**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Past Due Bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,350.00 |
| --- | --- | --- | --- |

**Vertec Corp**
**180 Main Street**
**North Easton, MA 02356**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Past Due Bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,850.00 |
| --- | --- | --- | --- |

**Vetrano Home Modernizing Inc.**
**11 Vine Street**
**Wakefield, MA 01880**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Past Due Bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $38,023.00 |
| --- | --- | --- | --- |

**Viking Sheet Metal**
**28 Foundry Street**
**South Easton, MA 02375**

□ Contingent
□ Unliquidated
□ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Past Due Bill**

Last 4 digits of account number _

Is the claim subject to offset? ■ No □ Yes

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $724.00 |
|---|---|---|---|

**Wells Fargo Bank, N.A.**
**PO Box 7777**
**San Francisco, CA 94120-7777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Past Due Bill__

Is the claim subject to offset? ■ No ☐ Yes

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,165.00 |
|---|---|---|---|

**Wells Fargo Financial Leasing**
**PO Box 10306**
**Des Moines, IA 50306-0306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Past Due Bill__

Is the claim subject to offset? ■ No ☐ Yes

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $33,200.00 |
|---|---|---|---|

**Wireless Construction Inc.**
**40 Blake Road**
**Standish, ME 04084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Past Due Bill__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,734,094.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,734,094.00 |

Fill in this information to identify the case:

Debtor name     **Top Tier Site Development, Corp.**

United States Bankruptcy Court for the:   DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
     (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Rental of warehouse office space** | |
| State the term remaining — **Month to Month** | **210 Kenneth Welch, LLC** |
| List the contract number of any government contract | **210 Kenneth Welch Drive**<br>**Lakeville, MA 02347** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining — **19 months** | **Bridgewater Commerical Park, LLC** |
| List the contract number of any government contract | **2372 Old Combee Road**<br>**Suite 105-107**<br>**Lakeland, FL 33805** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Test Equipment** | |
| State the term remaining — **2 months** | **Electro Rent** |
| List the contract number of any government contract | **27315 Network Plan**<br>**Chicago, IL 60673-1273** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Skid Steer** | |
| State the term remaining — **30 months** | **Kubota Credit Corp.** |
| List the contract number of any government contract | **PO Box 0559**<br>**Carol Stream, IL 60132-0559** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment** | |
|---|---|---|---|
| | State the term remaining | **48 months** | **TTSD Leasing LLC** |
| | List the contract number of any government contract | | **210 Kenneth Welch Drive** |
| | | | **Lakeville, MA 02347** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | **Wells Fargo Financial Leasing** |
| | List the contract number of any government contract | | **PO Box 10306** |
| | | | **Des Moines, IA 50306-0306** |

Debtor name **Top Tier Site Development, Corp.**

United States Bankruptcy Court for the: DISTRICT OF MASSACHUSETTS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Charles R. Wing, Jr.** | **3 Pine Needle Lane Georgetown, MA 01833** | **Ally Financial** | ■ D ___**2.2**___ ☐ E/F _____ ☐ G _____ |
| 2.2 **Charles R. Wing, Jr.** | **3 Pine Needle Lane Georgetown, MA 01833** | **Ally Financial** | ■ D ___**2.1**___ ☐ E/F _____ ☐ G _____ |
| 2.3 **Charles R. Wing, Jr.** | **3 Pine Needle Lane Georgetown, MA 01833** | **Ally Financial** | ■ D ___**2.3**___ ☐ E/F _____ ☐ G _____ |
| 2.4 **Charles R. Wing, Jr.** | **3 Pine Needle Lane Georgetown, MA 01833** | **Ally Financial** | ■ D ___**2.4**___ ☐ E/F _____ ☐ G _____ |
| 2.5 **Charles R. Wing, Jr.** | **3 Pine Needle Lane Georgetown, MA 01833** | **Ally Financial** | ■ D ___**2.6**___ ☐ E/F _____ ☐ G _____ |

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                   *Column 2:* **Creditor**

| 2.6 | Charles R. Wing, Jr. | 3 Pine Needle Lane<br>Georgetown, MA 01833 | Ally Financial | ■ D   **2.7**<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | Charles R. Wing, Jr. | 3 Pine Needle Lane<br>Georgetown, MA 01833 | Ally Financial | ■ D   **2.8**<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | Charles R. Wing, Jr. | 3 Pine Needle Lane<br>Georgetown, MA 01833 | Ally Financial | ■ D   **2.9**<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | Charles R. Wing, Jr. | 3 Pine Needle Lane<br>Georgetown, MA 01833 | Ally Financial | ■ D   **2.10**<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | Charles R. Wing, Jr. | 3 Pine Needle Lane<br>Georgetown, MA 01833 | Ally Financial | ■ D   **2.11**<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | Charles R. Wing, Jr. | 3 Pine Needle Lane<br>Georgetown, MA 01833 | Ally Financial | ■ D   **2.12**<br>☐ E/F ____<br>☐ G ____ |
| 2.12 | Charles R. Wing, Jr. | 3 Pine Needle Lane<br>Georgetown, MA 01833 | Ally Financial | ■ D   **2.13**<br>☐ E/F ____<br>☐ G ____ |
| 2.13 | Charles R. Wing, Jr. | 3 Pine Needle Lane<br>Georgetown, MA 01833 | Ally Financial | ■ D   **2.14**<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Top Tier Site Development, Corp.** | Case number *(if known)* | |
|---|---|---|---|

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.14 | Charles R. Wing, Jr. | 3 Pine Needle Lane Georgetown, MA 01833 | Ally Financial | ■ D __2.15__ ☐ E/F ____ ☐ G ____ |
| 2.15 | Charles R. Wing, Jr. | 3 Pine Needle Lane Georgetown, MA 01833 | Ally Financial | ■ D __2.16__ ☐ E/F ____ ☐ G ____ |
| 2.16 | Charles R. Wing, Jr. | 3 Pine Needle Lane Georgetown, MA 01833 | Ally Financial | ■ D __2.17__ ☐ E/F ____ ☐ G ____ |
| 2.17 | Charles R. Wing, Jr. | 3 Pine Needle Lane Georgetown, MA 01833 | Ally Financial | ■ D __2.18__ ☐ E/F ____ ☐ G ____ |
| 2.18 | Charles R. Wing, Jr. | 3 Pine Needle Lane Georgetown, MA 01833 | Ally Financial | ■ D __2.19__ ☐ E/F ____ ☐ G ____ |
| 2.19 | Charles R. Wing, Jr. | 3 Pine Needle Lane Georgetown, MA 01833 | Ally Financial | ■ D __2.20__ ☐ E/F ____ ☐ G ____ |
| 2.20 | Charles R. Wing, Jr. | 3 Pine Needle Lane Georgetown, MA 01833 | BFS Capital | ■ D __2.21__ ☐ E/F ____ ☐ G ____ |
| 2.21 | Charles R. Wing, Jr. | 3 Pine Needle Lane Georgetown, MA 01833 | American Express | ☐ D ____ ■ E/F __3.4__ ☐ G ____ |

| Debtor | **Top Tier Site Development, Corp.** | Case number *(if known)* |
|---|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.22 | **Robert J. Santoro** | **70 Malibu Drive**<br>**Taunton, MA 02780** | **Ally Financial** | ■ D   **2.2** <br>☐ E/F _____ <br>☐ G _____ |
| 2.23 | **Robert J. Santoro** | **70 Malibu Drive**<br>**Taunton, MA 02780** | **Ally Financial** | ■ D   **2.1** <br>☐ E/F _____ <br>☐ G _____ |
| 2.24 | **Robert J. Santoro** | **70 Malibu Drive**<br>**Taunton, MA 02780** | **Ally Financial** | ■ D   **2.3** <br>☐ E/F _____ <br>☐ G _____ |
| 2.25 | **Robert J. Santoro** | **70 Malibu Drive**<br>**Taunton, MA 02780** | **Ally Financial** | ■ D   **2.4** <br>☐ E/F _____ <br>☐ G _____ |
| 2.26 | **Robert J. Santoro** | **70 Malibu Drive**<br>**Taunton, MA 02780** | **Ally Financial** | ■ D   **2.6** <br>☐ E/F _____ <br>☐ G _____ |
| 2.27 | **Robert J. Santoro** | **70 Malibu Drive**<br>**Taunton, MA 02780** | **Ally Financial** | ■ D   **2.7** <br>☐ E/F _____ <br>☐ G _____ |
| 2.28 | **Robert J. Santoro** | **70 Malibu Drive**<br>**Taunton, MA 02780** | **Ally Financial** | ■ D   **2.8** <br>☐ E/F _____ <br>☐ G _____ |
| 2.29 | **Robert J. Santoro** | **70 Malibu Drive**<br>**Taunton, MA 02780** | **Ally Financial** | ■ D   **2.9** <br>☐ E/F _____ <br>☐ G _____ |

██ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- |
| 2.30 | Robert J. Santoro | 70 Malibu Drive<br>Taunton, MA 02780 | Ally Financial | ■ D __2.10__<br>☐ E/F _____<br>☐ G _____ |
| 2.31 | Robert J. Santoro | 70 Malibu Drive<br>Taunton, MA 02780 | Ally Financial | ■ D __2.11__<br>☐ E/F _____<br>☐ G _____ |
| 2.32 | Robert J. Santoro | 70 Malibu Drive<br>Taunton, MA 02780 | Ally Financial | ■ D __2.12__<br>☐ E/F _____<br>☐ G _____ |
| 2.33 | Robert J. Santoro | 70 Malibu Drive<br>Taunton, MA 02780 | Ally Financial | ■ D __2.13__<br>☐ E/F _____<br>☐ G _____ |
| 2.34 | Robert J. Santoro | 70 Malibu Drive<br>Taunton, MA 02780 | Ally Financial | ■ D __2.14__<br>☐ E/F _____<br>☐ G _____ |
| 2.35 | Robert J. Santoro | 70 Malibu Drive<br>Taunton, MA 02780 | Ally Financial | ■ D __2.15__<br>☐ E/F _____<br>☐ G _____ |
| 2.36 | Robert J. Santoro | 70 Malibu Drive<br>Taunton, MA 02780 | Ally Financial | ■ D __2.16__<br>☐ E/F _____<br>☐ G _____ |
| 2.37 | Robert J. Santoro | 70 Malibu Drive<br>Taunton, MA 02780 | Ally Financial | ■ D __2.17__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Top Tier Site Development, Corp.** | Case number *(if known)* | |
|---|---|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.38 | Robert J.<br>Santoro | 70 Malibu Drive<br>Taunton, MA 02780 | Ally Financial | ▪ D __2.18__<br>☐ E/F ____<br>☐ G ____ |
| 2.39 | Robert J.<br>Santoro | 70 Malibu Drive<br>Taunton, MA 02780 | Ally Financial | ▪ D __2.19__<br>☐ E/F ____<br>☐ G ____ |
| 2.40 | Robert J.<br>Santoro | 70 Malibu Drive<br>Taunton, MA 02780 | Ally Financial | ▪ D __2.20__<br>☐ E/F ____<br>☐ G ____ |
| 2.41 | Robert J.<br>Santoro | 70 Malibu Drive<br>Taunton, MA 02780 | BFS Capital | ▪ D __2.21__<br>☐ E/F ____<br>☐ G ____ |
| 2.42 | Robert J.<br>Santoro | 70 Malibu Drive<br>Taunton, MA 02780 | AH Harris & Sons, Inc. | ☐ D ____<br>▪ E/F __3.2__<br>☐ G ____ |
| 2.43 | Robert J.<br>Santoro | 70 Malibu Drive<br>Taunton, MA 02780 | Blue Line Rental | ☐ D ____<br>▪ E/F __3.8__<br>☐ G ____ |
| 2.44 | Robert J.<br>Santoro | 70 Malibu Drive<br>Taunton, MA 02780 | Bridgewater Commerical Park, LLC | ☐ D ____<br>▪ E/F __3.10__<br>☐ G ____ |
| 2.45 | Robert J.<br>Santoro | 70 Malibu Drive<br>Taunton, MA 02780 | Duro Fiber Company | ☐ D ____<br>▪ E/F __3.26__<br>☐ G ____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| 2.46 | Robert J. Santoro | 70 Malibu Drive Taunton, MA 02780 | E.J. Prescott Inc. | ☐ D _____ ■ E/F __3.27__ ☐ G _____ |
|---|---|---|---|---|
| 2.47 | Robert J. Santoro | 70 Malibu Drive Taunton, MA 02780 | Electrical Wholesalers Inc. | ☐ D _____ ■ E/F __3.30__ ☐ G _____ |
| 2.48 | Robert J. Santoro | 70 Malibu Drive Taunton, MA 02780 | GME Supply Co. | ☐ D _____ ■ E/F __3.41__ ☐ G _____ |
| 2.49 | Robert J. Santoro | 70 Malibu Drive Taunton, MA 02780 | Grainger | ☐ D _____ ■ E/F __3.42__ ☐ G _____ |
| 2.50 | Robert J. Santoro | 70 Malibu Drive Taunton, MA 02780 | Granite City | ☐ D _____ ■ E/F __3.43__ ☐ G _____ |
| 2.51 | Robert J. Santoro | 70 Malibu Drive Taunton, MA 02780 | Harvey Building Products | ☐ D _____ ■ E/F __3.45__ ☐ G _____ |
| 2.52 | Robert J. Santoro | 70 Malibu Drive Taunton, MA 02780 | Johnson Electric Supply, Inc. | ☐ D _____ ■ E/F __3.56__ ☐ G _____ |
| 2.53 | Robert J. Santoro | 70 Malibu Drive Taunton, MA 02780 | Kamco Supply Corp. of Boston | ☐ D _____ ■ E/F __3.57__ ☐ G _____ |

| Debtor | **Top Tier Site Development, Corp.** | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.54 | Robert J. Santoro | 70 Malibu Drive Taunton, MA 02780 | KenMark Office Systems, Inc. | ☐ D _____ ■ E/F __3.59__ ☐ G _____ |
| 2.55 | Robert J. Santoro | 70 Malibu Drive Taunton, MA 02780 | Kubota Leasing 138797 | ☐ D _____ ■ E/F __3.60__ ☐ G _____ |
| 2.56 | Robert J. Santoro | 70 Malibu Drive Taunton, MA 02780 | Merrimack Building Supply | ☐ D _____ ■ E/F __3.65__ ☐ G _____ |
| 2.57 | Robert J. Santoro | 70 Malibu Drive Taunton, MA 02780 | Mid City Steel | ☐ D _____ ■ E/F __3.67__ ☐ G _____ |
| 2.58 | Robert J. Santoro | 70 Malibu Drive Taunton, MA 02780 | Perfect 10 | ☐ D _____ ■ E/F __3.76__ ☐ G _____ |
| 2.59 | Robert J. Santoro | 70 Malibu Drive Taunton, MA 02780 | Primus | ☐ D _____ ■ E/F __3.79__ ☐ G _____ |
| 2.60 | Robert J. Santoro | 70 Malibu Drive Taunton, MA 02780 | Rexel | ☐ D _____ ■ E/F __3.81__ ☐ G _____ |
| 2.61 | Robert J. Santoro | 70 Malibu Drive Taunton, MA 02780 | Sunbelt Rentals, Inc. | ☐ D _____ ■ E/F __3.89__ ☐ G _____ |

| Debtor | **Top Tier Site Development, Corp.** | Case number *(if known)* | |
|--------|-------------------------------------|--------------------------|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|------------------------|---|------------------------|---|
| 2.62 Robert J. Santoro | 70 Malibu Drive<br>Taunton, MA 02780 | Talley | ☐ D _____<br>■ E/F __3.91__<br>☐ G _____ |
| 2.63 Robert J. Santoro | 70 Malibu Drive<br>Taunton, MA 02780 | Triumph Modular Inc. | ☐ D _____<br>■ E/F __3.96__<br>☐ G _____ |
| 2.64 Robert J. Santoro | 70 Malibu Drive<br>Taunton, MA 02780 | Turner Steel Co., Inc. | ☐ D _____<br>■ E/F __3.99__<br>☐ G _____ |
| 2.65 Robert J. Santoro | 70 Malibu Drive<br>Taunton, MA 02780 | Valmont | ☐ D _____<br>■ E/F __3.103__<br>☐ G _____ |
| 2.66 Robert J. Santoro | 70 Malibu Drive<br>Taunton, MA 02780 | Capital One Services, LLC | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |
| 2.67 Robert J. Santoro | 70 Malibu Drive<br>Taunton, MA 02780 | Chase Card Services | ☐ D _____<br>■ E/F __3.17__<br>☐ G _____ |
| 2.68 Robert J. Santoro | 70 Malibu Drive<br>Taunton, MA 02780 | Jetblue | ☐ D _____<br>■ E/F __3.53__<br>☐ G _____ |
| 2.69 Robert J. Santoro | 70 Malibu Drive<br>Taunton, MA 02780 | Exxon Mobil | ☐ D _____<br>■ E/F __3.34__<br>☐ G _____ |

Debtor name __**Top Tier Site Development, Corp.**__

United States Bankruptcy Court for the: __DISTRICT OF MASSACHUSETTS__

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:    Income

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2017** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$6,523,931.00** |
| **For prior year:** From **1/01/2016** to **12/31/2016** | ■ Operating a business ☐ Other _____ | **$10,914,234.00** |
| **For year before that:** From **1/01/2015** to **12/31/2015** | ■ Operating a business ☐ Other _____ | **$11,193,335.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Bradford Arone vs. Top Tier Site Development Corp., et. al.** 16-190A | Civil | Plymouth Superior Court | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:   Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Ehrhard & Associates, P.C.**<br>**250 Commercial Street**<br>**Worcester, MA 01608** | | **10/12/17** | **$30,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

---

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   **Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Verizon New England, Inc.**<br>**500 Technology Drive**<br>**Weldon Springs, MO 63304** | **210 Kenneth Welch Drive**<br>**Lakeville, MA 02347** | **Building material** | **Unknown** |

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Robert J. Santoro**<br>**70 Malibu Drive**<br>**Taunton, MA 02780** | |
| 26a.2.   **Charles R. Wing, Jr.**<br>**3 Pine Needle Lane**<br>**Georgetown, MA 01833** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Thomas Mayer, CPA**<br>**225 Water Street**<br>**Suite H305**<br>**Plymouth, MA 02360** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Robert J. Santoro**<br>**70 Malibu Drive**<br>**Taunton, MA 02780** | |
| 26c.2.   **Charles R. Wing, Jr.**<br>**3 Pine Needle Lane**<br>**Georgetown, MA 01833** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Robert J. Santoro** | **70 Malibu Drive**<br>**Taunton, MA 02780** | **President and Director** | **50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Charles R. Wing, Jr.** | **3 Pine Needle Lane Georgetown, MA 01833** | **Treasurer and Director** | **50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Timothy Evans** | **9 Stillman Memorial Drive Carver, MA 02571** | **Secretary** | **0** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

  ■ No
  ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
  Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

  ■ No
  ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

  ■ No
  ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

  ■ No
  ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  2, 2017**

**/s/ Robert Santoro**                               **Robert Santoro**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☑ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

# United States Bankruptcy Court
## District of Massachusetts

In re    **Top Tier Site Development, Corp.**        Case No. _____

                          Debtor(s)        Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|

**-NONE-**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **November 2, 2017**                 Signature    **/s/ Robert Santoro**

                                                            **Robert Santoro**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

# United States Bankruptcy Court
## District of Massachusetts

In re    __Top Tier Site Development, Corp.__                          Case No. _____

                                           Debtor(s)           Chapter    __11__ _____

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    __November  2, 2017__ _____        __/s/ Robert Santoro__ _____

                                                      __Robert Santoro__/__President__
                                                      Signer/Title

210 Kenneth Welch, LLC
210 Kenneth Welch Drive
Lakeville, MA 02347

ABC Disposal
PO Box 50540
New Bedford, MA 02745

AH Harris & Sons, Inc.
PO Box 418827
Boston, MA 02241-8827

All American Fence Co., Inc.
100 Marble Street
Lee, MA 01238

Ally Financial
PO Box 380901
Bloomington, MN 55438

Ally Financial
PO Box 9001948
Louisville, KY 40290-1951

American Express
PO Box 1270
Newark, NJ 07101

B3 Electrical Services
36 Magnolia Drive
North Attleboro, MA 02760

Bay State Cooling Inc.
PO Nox 625
Bridgewater, MA 02324

Benevento Companies
900 Salem Street
Wilmington, MA 01887

BFS Capital
3301 N. University Drive
Suite 300
Coral Springs, FL 33065

Blue Line Rental
PO Box 840062
Dallas, TX 75284-0062

Bond Street
PO Box 206536
Dallas, TX 75320-6536

Bowman's Plumbing & Heating
13 Nestles Lane
Acushnet, MA 02743

Bridgewater Commerical Park, LLC
5529 US 98N
Lakeland, FL 33809

Bridgewater Commerical Park, LLC
2372 Old Combee Road
Suite 105-107
Lakeland, FL 33805

Brodie, Inc.
PO Box 1888
Lawrence, MA 01842-3888

C.E.S.
PO Box 1006
Wilbraham, MA 01095

C.M. Dunfee & Sons
16 Shady Lane
Wareham, MA 02571

Capital One Services, LLC
PO Box 30285
Salt Lake City, UT 84130-0285

Casella Waste Systems, Inc.
PO Box 1372
Williston, VT 05495-1372

Charles Perfetuo Company
PO Box 709
Norwell, MA 02061

Charles R. Wing, Jr.
3 Pine Needle Lane
Georgetown, MA 01833

Chase Card Services
PO Box 15153
Wilmington, DE 19886

City of Lakeland
228 S. Massachusetts Avenue
Lakeland, FL 33801

City of Providence
797 Westminster Street
Providence, RI 02903

Comcast Business
PO Box 37601
Philadelphia, PA 19101-0601

Commerce Insurance
11 Gore Road
Webster, MA 01570

Cullen Mechanical, Inc.
PO Box 760946
Melrose, MA 02176

Custom Concepts Construction LLC
PO Box 50234
New Bedford, MA 02745

Dave's Septic Service
PO Box 5193
Manchester, NH 03108-5193

Dennise K. Burke Inc.
PO Box 3639
Boston, MA 02241-3639

Duro Fiber Company
11 Park Avenue
Hudson, NH 03051

E.J. Prescott Inc.
PO Box 350002
Boston, MA 02241

E.L. Morse Lumber
2502 Cranberry Highway
Wareham, MA 02571

Eastern Propane & Oil
PO Box 1800
Rochester, NH 03866

Electrical Wholesalers Inc.
Lock Bocx #8666
PO Box 8500
Philadelphia, PA 19178-8666

Electro Rent
27315 Network Plan
Chicago, IL 60673-1273

Elge Plumbing
PO Box 1070
Burlington, MA 01803

EMI Products Inc.
11230 Neeshaw Drive
Houston, TX 77065

Exxon Mobil
PO Box 639
Portland, ME 04104

F.M. Generator Inc.
PO Box 528
Canton, MA 02021

Falmouth Ready Mix Inc.
475 Thomas B. Landers Road
East Falmouth, MA 02536

Fastenal
PO Box 1286
Winona, MN 55987-1286

First Insurance Funding Corp.
PO Box 7000
Carol Stream, IL 60197-7000

First Insurance Funding E&O
PO Box 7000
Carol Stream, IL 60197-7001

First Midwest
PO Box 857
Bedford Park, IL 60499-0857

Frontier Communications
PO Box 740407
Cincinnati, OH 45274-0407

GME Supply Co.
1801 Westfall Drive
Columbia, MO 65202

Grainger
Dept. 882378243
Palatine, IL 60038-0001

Granite City
PO Box 213
Brattleboro, VT 05302-0213

Grattan Line Construction Corp.
35 Sullivan Road
North Billerica, MA 01862

Harvey Building Products
PO Box 3894
Boston, MA 02241-3894

Heidrea Communications, LLC
One William Way
Bellingham, MA 02019

Hilti Inc.
PO Box 11870
Newark, NJ 07101-8800

Howland Disposal Services, Inc.
20 Roberts Road
Plymouth, MA 02360

Independence Bank
1370 South County Trail
East Greenwich, RI 02818

Industrial Communications LLC
PO Box 845463
Boston, MA 02284-5463

Infinite Solutions/Charles Wing
3 Pine Needle Lane
Georgetown, MA 01833

Interstate Electrical Services Inc.
70 Treble Cove Road
North Billerica, MA 01862

J. Rego Trucking
648 South Street
Raynham, MA 02767

Jeffrey T. Angley, P.C.
One Washington Mall
Boston, MA 02108

Jetblue
PO Box 23066
Columbus, GA 31902-3066

JM Caruso Electrical Contractors LLC
24 Denby Road #11
Allston, MA 02132

Joe G. Tedder Tax Collector
PO Box 2016
Bartow, FL 33831-2016

Johnson Electric Supply, Inc.
PO Box 1508
Sagamore Beach, MA 02562-1508

Kamco Supply Corp. of Boston
PO Box 845276
Boston, MA 02284-5276

Kelley Buick GMC
255 West Van Fleet Drive
Bartow, FL 33830

KenMark Office Systems, Inc.
PO Box 827
Mashpee, MA 02649

Kubota Credit Corp.
PO Box 0559
Carol Stream, IL 60132-0559

Kubota Leasing 138797
PO Box 12438
Newark, NJ 07101-3538

LEAF
PO Box 644006
Cincinnati, OH 45264-4006

Liberty Mutual Insurance
PO Box 7800
Dover, NH 03821-7800

Lynch & Lynch PC
45 Bristol Drive
South Easton, MA 02375

MAd Signs
2510 Cranberry Highway
Wareham, MA 02571

Merrimack Building Supply
PO Box 865
Merrimack, NH 03054-0865

Michael Golden Plumbing & Heating
1 Maritime Drive
Wareham, MA 02571

Mid City Steel
PO Box 820
Westport, MA 02790-0698

Mutual of Omaha
PO Box 36469
Newark, NJ 07188-6469

Networkfleet, Inc.
PO Box 975544
Dallas, TX 75397-5540

New Bedford Waste Services
PO Box 50934
New Bedford, MA 02745

New England Electrical Contracting Corp.
21 Marion Drive
Kingston, MA 02364

New England Scaffolding & Services LLC
85 Mill Street
Brockton, MA 02301

North Andover Police Department
1475 Osgood Street
North Andover, MA 01845

Patriot Alarm System, Inc.
292 Bailey Street
Canton, MA 02021

Peck Brothers LLC
101 Van Riper Avenue
Elmwood Park, NJ 07407

Perfect 10
PO Box 841444
Dallas, TX 75284-1444

Piping Systems Inc.
PO Box 409
Assonet, MA 02702

Pitney Bowes
PO Box 371847
Pittsburgh, PA 15250-7874

Primus
8101 Solutions Center
Chicago, IL 60677-8001

Quest Diagnostics
PO Box 740709
Atlanta, GA 30374-0709

Rexel
PO Box 844519
Dallas, TX 75284-4519

Robert J. Santoro
70 Malibu Drive
Taunton, MA 02780

Roby's Propane Gas, Inc.
PO Box 129
West Wareham, MA 02576

Santini Bros. Iron Works, Inc.
28 Sycamore Avenue
Medford, MA 02155

Scotia Cranes Corp
PO Box 514
Marshfield, MA 02050

Sheffield Financial
PO Box 580229
Charlotte, NC 28258-0229

Sherman Williams Co.
37 Teed Drive
Randolph, MA 02368

Simeone Floors
12 New Salem Street
Wakefield, MA 01880

Specialized Roofing Company, Inc.
27 High Street
North Billerica, MA 01862

Stealth Concealment Solutions, Inc.
3034-A Ashley Phosphate Road
North Charleston, SC 29418

Sunbelt Rentals, Inc.
PO Box 409211
Atlanta, GA 30384-9211

Synivate
PO Box 532
Canton, MA 02021

Talley
PO Box 511390
Los Angeles, CA 90051-7945

Thielsh Engineering
PO Box 845327
Boston, MA 02284-5327

Thomas Tripp
7 Surrey Drive
Carver, MA 02330

Town of Dartmouth
400 Slocum Road
North Dartmouth, MA 02747

Town of Holbrook Police Dept.
300 South Franklin Street
Holbrook, MA 02343

Town of Lakeville
PO Box 844513
Boston, MA 02284

Toyota Financial Services
PO Box 5855
Carol Stream, IL 60197

Triumph Modular Inc.
194 Ayer Road
Littleton, MA 01460

Truck Caps Unlimited
PO Box 129
West Wareham, MA 02576

TTSD Leasing LLC
210 Kenneth Welch Drive
Lakeville, MA 02347

Turner Steel Co., Inc.
PO Box 399
West Bridgewater, MA 02380

United Site Services
PO Box 5502
Binghamton, NY 13902-5502

US Assure
PO Box
Atlanta, GA 31193-5597

US Roofing
PO Box 3118
Peabody, MA 01961-3118

Valmont
7239 Collections Center
Chicago, IL 60693

Vee Jay Floor Covering
7 Commerce Street
Greenville, RI 02828

Vendetti Motors
411 West Central Street
Franklin, MA 02038

Venger Group USA Inc.
21 3910 84th Avenue
Leduc, AB Canada T9E8M6

Vertec Corp
180 Main Street
North Easton, MA 02356

Vetrano Home Modernizing Inc.
11 Vine Street
Wakefield, MA 01880

Viking Sheet Metal
28 Foundry Street
South Easton, MA 02375

Wells Fargo Bank, N.A.
PO Box 7777
San Francisco, CA 94120-7777

Wells Fargo Financial Leasing
PO Box 10306
Des Moines, IA 50306-0306

Wireless Construction Inc.
40 Blake Road
Standish, ME 04084

# United States Bankruptcy Court
## District of Massachusetts

In re   **Top Tier Site Development, Corp.**       Case No. _____

                           Debtor(s)       Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Top Tier Site Development, Corp.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


November  2, 2017
_____
Date

/s/ James P. Ehrhard, Esq.
_____
**James P. Ehrhard, Esq.**
Signature of Attorney or Litigant
Counsel for   **Top Tier Site Development, Corp.**
**Ehrhard & Associates, P.C.**
**250 Commercial Street**
**Suite 410**
**Worcester, MA 01608**
**508-791-8411 Fax:508-752-6168**
**ehrhard@ehrhardlaw.com**